CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 11 2005

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| ROY M. TERRY, JR., *et al.*, | ) | CIVIL ACTION No. 3:04CV00085 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MODERN INVESTMENT COMPANY LIMITED, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | JUDGE JAMES H. MICHAEL, JR. |

Before the court is the defendants' Motion to Quash Service of Process and Dismiss for Lack of Personal Jurisdiction, filed on February 16, 2005. For the reasons stated in the accompanying Memorandum Opinion, it is this day

ADJUDGED, ORDERED, AND DECREED

that the defendants' Motion to Quash Service of Process and Dismiss for Lack of Personal Jurisdiction, filed on February 16, 2005, is hereby DENIED, and the above-captioned case shall be retained in this court. The defendants are hereby directed to file a responsive pleading within twenty (20) days from the date of the entry of this Order.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: _/s/ Jas. H. Michael, Jr._
Senior United States District Judge

_11 May 2005_
Date