# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROY M. TERRY, JR., RECEIVER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MODERN INVESTMENT COMPANY LIMITED, *et al.*, <br><br> *Defendants.* | CIVIL ACTION NO. 3:04-CV-00085 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the Receiver's motion for partial summary judgment on choice of law, filed January 13, 2006. The motion, and supplements thereto, raise the issue of which jurisdiction's law of fraudulent conveyances apply under Virginia choice of law principles when a conveyance challenged as fraudulent involves multiple banks and possible participants, and wire transfers crossing international and domestic borders.

For the reasons stated in the accompanying Memorandum Opinion, the Receiver's motion and supplements thereto seeking a declaration that Michigan's Uniform Fraudulent Transfer Act applies to his fraudulent conveyance claims is GRANTED.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

August 21, 2006
Date